FILED

IN THE UNITED STATES DISTRICT COURT

98 JUN -5 PM 3: 30

FOR THE NORTHERN DISTRICT OF ALABAMA

U.S. DISTRICT COURT
N.D. OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 98-PT-0356-S |
| | ) |
| LINDA L. PERRY a/k/a Linda Lee Perry, | ) |
| n/k/a Linda L. Carter, | ) |
| | ) |
| Defendant. | ) |

ENTERED

'JUN  5 1998

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Linda L. Perry a/k/a Linda Lee Perry, n/k/a Linda L. Carter, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.   The Summons and Complaint were served upon Defendant, Linda L. Perry a/k/a Linda Lee Perry, n/k/a Linda L. Carter, on February 23, 1998; Defendant has failed to appear, plead, or otherwise defend.

2.   Defendant, Linda L. Perry a/k/a Linda Lee Perry, n/k/a Linda L. Carter, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.   Defendant, Linda L. Perry a/k/a Linda Lee Perry,n/k/a Linda L. Carter, is indebted to Plaintiff in the principal sum of $1,364.87, administrative charges of $87.00, U.S. Marshal costs of $51.78, court costs of $150.00 pursuant to 28 U.S.C. §2412(a)(2),

4

accrued interest of $184.62 as of May 14, 1998, plus interest at the prevailing legal rate from the date of judgment.

    4.  Plaintiff is due to recover from Defendant, Linda L. Perry a/k/a Linda Lee Perry, n/k/a Linda L. Carter, the total sum of $1,838.27, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

    Done this the ___ day of May, 1998.

UNITED STATES DISTRICT JUDGE